# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO MENDOZA CHAVEZ,<br><br>    Plaintiff,<br><br>v.<br><br>KINGS COUNTY, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-00369-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>ORDER DIRECTING CLERK OF COURT TO FORWARD ORDER TO SHERIFF OF KINGS COUNTY JAIL<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Pablo Mendoza Chavez is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's application to proceed *in forma pauperis*, filed on March 11, 2020. (ECF No. 2.)

However, Plaintiff's application to proceed *in forma pauperis* is incomplete. Specifically, the certificate portion of the application is not filled-out, dated, and signed by an authorized officer of the Kings County Jail and there is no certified copy of Plaintiff's Kings County Jail trust account statement for the six-month period immediately preceding the filing of Plaintiff's complaint attached to the application as the instructions require. Plaintiff must submit a completed application, including a certified copy of his trust account statement from the Shasta County Jail, if he wishes for his application to proceed *in forma pauperis* to be considered by the Court.

In the portion of Plaintiff's *in forma pauperis* application where an authorized officer of the institution where Plaintiff is incarcerated is supposed to fill out and sign the certification,

1

Plaintiff wrote: "Note Deputys (*sic*) refused to sign." (ECF No. 2, at 2.) The Court construes this note as an indication that Plaintiff was unable to obtain an authorized officer from the Kings County Jail, where Plaintiff is currently housed, to fill out and sign the certification in Plaintiff's *in forma pauperis* application. In light of Plaintiff's apparent difficulties in obtaining cooperation of Kings County Jail officers to complete Plaintiff's *in forma pauperis* application and obtain a certified copy of Plaintiff's inmate trust account statement, the Court finds it appropriate to forward a copy of this order to the Sheriff of the Kings County Jail.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to serve a blank *in forma pauperis* application for a prisoner on Plaintiff;
2. The Clerk of the Court is directed to forward a copy of this order and of Plaintiff's *in forma pauperis* application, (ECF No. 2), to the Sheriff of the Kings County Jail, via mail, at P.O. Box 1699, Hanford, CA 93230, so that they may be made aware of the difficulty that Plaintiff is experiencing in obtaining the assistance necessary to complete his application to proceed *in forma pauperis*;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his jail trust account statement for the past six months, or, in the alternative, pay the $400.00 filing fee for this action;
4. No extension of time will be granted without a showing of good cause; and
5. **Plaintiff is warned that the failure to comply with this order will result in the recommendation dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: **March 12, 2020**

UNITED STATES MAGISTRATE JUDGE