UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CHAVEZ,<br><br>                Plaintiff,<br><br>        v.<br><br>KINGS COUNTY, et al.,<br><br>                Defendants. | Case No. 1:20-cv-00369-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF<br>LEAVE TO AMEND<br><br>(ECF NO. 11)<br><br>THIRTY-DAY DEADLINE |

Pablo Chavez ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 27, 2020, Plaintiff filed a motion for leave to amend his complaint.  (ECF No. 11).  Plaintiff indicates that he would like to amend his complaint to include related claims and defendants.  Plaintiff states that he does not want to reveal any names due to fear of retaliation.

The Court will allow Plaintiff to file an amended complaint.  However, Plaintiff will need to include the names of all defendants in his complaint, so that if he does state cognizable claims against them, they can be served.  If Plaintiff does not name certain defendants in his complaint he cannot proceed against those defendants in this lawsuit.

\\\
\\\
\\\
\\\

Accordingly, IT IS HEREBY ORDERED that Plaintiff has thirty days from the date of service of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:   **April 29, 2020**                    /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE