UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PABLO CHAVEZ,

             Plaintiff,

     v.

KINGS COUNTY, et al.,

             Defendants.

Case No. 1:20-cv-00369-AWI-EPG (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(DOC NOS. 17 & 23)

Pablo Chavez ("Plaintiff") is a former prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 24, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[t]his case proceed on Plaintiff's Fourteenth Amendment conditions of confinement claim against defendant Kings County, Plaintiff's Fourteenth Amendment conditions of confinement claim against defendants Bejarno, Cervantes, and Anderson, and Plaintiff's Fourteenth Amendment medical care claim against defendant Carrasco," and that "[a]ll other claims and defendants be dismissed."  (ECF No. 23, pgs. 16-17).

Plaintiff was provided an opportunity to file objections to the findings and recommendations.  The deadline for filing objections has passed and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

---

[1] It appears that Plaintiff was a pretrial detainee at the time of the incidents alleged in the complaint.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on August 24, 2020, are ADOPTED in full;

2. This case proceeds on Plaintiff's Fourteenth Amendment conditions of confinement claim against defendant Kings County, Plaintiff's Fourteenth Amendment conditions of confinement claim against defendants Bejarno, Cervantes, and Anderson, and Plaintiff's Fourteenth Amendment medical care claim against defendant Carrasco;

3. All other claims and defendants are dismissed;

4. The Clerk of Court is directed to reflect the dismissal of Kings County Jail on the Court's docket and to add defendants Bejarno, Cervantes, Anderson, and Carrasco; and

5. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: __December 3, 2020__          _____

                                                    SENIOR  DISTRICT  JUDGE