UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CHAVEZ,<br><br>              Plaintiff,<br><br>       v.<br><br>KINGS COUNTY, et al.,<br><br>              Defendants. | Case No. 1:20-cv-00369-AWI-EPG (PC)<br><br>ORDER ADOPTING AMENDED FINDINGS AND RECOMMENDATIONS<br><br>ORDER DIRECTING CLERK TO CLOSE CASE<br><br>(ECF Nos. 32, 35, & 39) |

Pablo Chavez ("Plaintiff") is a former prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 30, 2021, the assigned magistrate judge entered amended findings and recommendations, recommending that "[t]his case be dismissed, without prejudice, because of Plaintiff's failure to comply with court orders and to prosecute this case," and that "[t]he Clerk of Court be directed to close this case."  (ECF No. 39, p. 3).

Plaintiff was provided an opportunity to file objections to the amended findings and recommendations.  The deadline to file objections has passed and Plaintiff has not filed objections or otherwise responded to the amended findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

---

[1] The copy of the unamended findings and recommendations that was mailed to Plaintiff was returned as undeliverable.  Plaintiff's sixty-three-day deadline to update his address (Local Rule 183(b)) passed, and Plaintiff did not file a notice of change of address.  However, it is not clear whether Plaintiff received a copy of the amended findings and recommendations because the copy that was sent to Plaintiff was not returned as undeliverable.

Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the amended findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The amended findings and recommendations issued by the magistrate judge on June 30, 2021, are ADOPTED IN FULL;
2. This case is dismissed, without prejudice, because of Plaintiff's failure to comply with court orders and to prosecute this case; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 8, 2021

SENIOR DISTRICT JUDGE